KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

~~WESTERN DIVISION~~

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:15-CV-00336-JGB-KK |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| IVY D. YANNI, | |
| Defendant, | |

Pursuant to the above stipulation of the parties and Federal Rules of Civil Procedure, Rule 55, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, IVY D. YANNI, as to claim one, in the total amount of $3,593.96 and as to claim two the total amount of $8,588.93 for a total judgment amount of $12,182.89.

Dated: January 26, 2016

[signature]

Hon. Jesus G. Bernal
United States District Judge

1